UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JASON RICHARD ROSE,

        Plaintiff,

v.

RANDEE REWERTS,

        Defendant.

_____/

Case No. 1:23-cv-76

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  March 13, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge